**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others,<br><br>       Plaintiffs,<br><br>  v.<br><br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois,<br><br>       Defendant. | Case No. 11-cv-336<br><br>Hon. Judge Manning<br><br>Magistrate Judge Kim |

**Agreed Motion For Protective Order**

  Pursuant to the Court's June 15, 2011 Order, Plaintiffs James Blakes, et al. ("Plaintiffs") and Defendant Illinois Bell Telephone Company ("Illinois Bell") (collectively, the "Parties") have conferred and agreed upon a proposed agreed protective order. The Parties' proposed protective order is being sent separately via email to "proposed_order_kim@ilnd.uscourts.gov" pursuant to the Court's June 15, 2011 Order.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| James Blakes, *et al*. | Illinois Bell. |
| By: /s/ Walker R. Lawrence_____<br>  One of their attorneys | By: /s/ Rita Srivastava_____<br>  One of their attorneys |
| Walker R. Lawrence<br>Maduff & Maduff, LLC<br>205 N. Michigan Ave., Suite 2050<br>Chicago, Illinois 60601<br>312-276-9000 | George A. Stohner (*pro hac vice*)<br>Morgan, Lewis & Bockius LLP<br>300 South Grant Ave., Twenty-Second Floor<br>Los Angeles, California 90071-3132<br>213-612-2500<br><br>1111 Pennsylvania Ave., NW<br>Washington DC 20004<br>202-739-3000<br>gstohner@morganlewis.com<br><br>Gregory P. Abrams<br>Rita Srivastava |

                                                    Morgan, Lewis & Bockius, LLP
                                                    77 W. Wacker Drive
                                                    Chicago, Illinois 60601
                                                    312-324-1000
                                                    gabrams@morganlewis.com
                                                    rsrivastava@morganlewis.com

## **CERTIFICATE OF SERVICE**

There undersigned attorney hereby certifies that on June 22, 2011, a true and correct copy of the foregoing document was served by electronic means through the Court's ECF System to:

>Aaron Maduff
>Maduff & Maduff LLC
>205 North Michigan Avenue
>Suite 2050
>Chicago, IL 60601
>ABMaduff@madufflaw.com
>
>Walker Lawrence
>Maduff & Maduff LLC
>205 North Michigan Avenue
>Suite 2050
>Chicago, IL 60601
>WRLawrence@madufflaw.com

                                          s/ Rita Srivastava_____