**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | On Consent |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING**

Attached for filing in the above-styled matter are the FLSA Consent forms of Stephen Bitoy, David Bobbett, Patrick Chambers, Vincent Chan, William Colvin, Michael R. Donovan, Adam J. Faraber, Michael Hamby, Raymond Jackson, Keith L. Johnson, Michael T. Kerber, Jesse Love, Phillip Lyons, Thomas J. O'Neill, Jesse Roa, James M. Robinson, Edwin Rodriguez, Thomas B. Schauer, Willie Taylor, James Tennessen, Edward Trujillo, Curtis D. Turner, Steven R. Wade, Kenard Walker, Dionette A. White, and Hakeem Yussuf.

Date: July 26, 2011　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　Blakes *et al.*

　　　　　　　　　　　　　　　　　　　　　　By/s/ Walker R. Lawrence
　　　　　　　　　　　　　　　　　　　　　　On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    By my signature below, I hereby certify that on Tuesday, July 26, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: July 26, 2011

Respectfully Submitted,
Blakes *et al*.

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000