**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | On Consent |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING**

Attached for filing in the above-styled matter are the FLSA Consent forms of Anthony Allen, Hiram Anderson, Robert Anderson, Robert Armstrong, Victor Ballard, Michael Borowiecm, Joe Bowen, Deontae Bryant, Larry Cechowski, Matthew Chapperon, Michael Crawford, Joseph Davis, Maurice Dishmon, Richard Echavarri, Wallace Edwards, Rafael Esparza Jr., Lee Faber, Todd Fanning, Melvin Gardner, Melanie Graham, James Green, Daniel Hardy, Dean Harvey, Reymundo Herrer, Russell Hoh, John F. Hough, David Howard, Darrell Hudson, John A. Lamka , Robert Lundstrom, Gregg McComb, David McKey, John Moersch, Joseph A Nieves, Devon Patrick, Michael Perkins, Kardell Perry, Lawrence Perry Jr., Kenneth Ross, Charles Scott, Edward Slanina, Donald L. Smith, Benny Spanks, William K. Sterk, Nathaniel Thompson, Richard Villarreal, Stuart Walker, David Wilkie, Ezell Williams, Lawrence Williams, Lionell Williams, Marie Winchester- Portis , Michael T. Woods, and Tony Wright  in English.

Date: July 27, 2011    Respectfully Submitted,
                                                          Blakes *et al.*

                                                          By/s/ Walker R. Lawrence
Walker R. Lawrence    On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, | ) |
|            Plaintiffs, | ) |
|       vs. | )   CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | )   Magistrate Judge Kim |
| AT&T Illinois | ) |
|            Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

      By my signature below, I hereby certify that on Wednesday, July 27, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: July 27, 2011                                       Respectfully Submitted,
                                                                           Blakes *et al*.

                                                                          By/s/ Walker R. Lawrence
Walker R. Lawrence                                        On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000