# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others, <br>       Plaintiffs, <br>      v. <br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois, <br>       Defendant. | Case No. 11-cv-00336 <br><br> Judge Manning <br><br> Magistrate Judge Kim |

## GROUP EXHIBIT LIST FOR NOTICE OF FILING CONSENTS

1. Anthony Allen FLSA Consent
2. Hiram Anderson FLSA Consent
3. Robert Anderson FLSA Consent
4. Robert Armstrong FLSA Consent
5. Victor Ballard FLSA Consent
6. Michael Borowiec FLSA Consent
7. Joe Bowen FLSA Consent
8. Deontae Bryant FLSA Consent
9. Larry Cechowski FLSA Consent
10. Matthew Chapperon FLSA Consent
11. Michael Crawford FLSA Consent
12. Joseph Davis FLSA Consent
13. Maurice Dishmon FLSA Consent
14. Richard Echavarria FLSA Consent
15. Wallace Edwards FLSA Consent
16. Rafael Esparza Jr. FLSA Consent
17. Lee Faber FLSA Consent
18. Todd Fanning FLSA Consent
19. Melvin Gardner FLSA Consent
20. Melanie Graham FLSA Consent
21. James Green FLSA Consent
22. Daniel Hardy FLSA Consent
23. Dean Harvey FLSA Consent
24. Reymundo Herrera FLSA Consent
25. Russell Hoh FLSA Consent
26. John F. Hough FLSA Consent
27. David Howard FLSA Consent
28. Darrell Hudson FLSA Consent
29. John A. Lamka FLSA Consent

30.     Robert Lundstrom FLSA Consent
31.     Gregg McComb FLSA Consent
32.     David McKey FLSA Consent
33.     John Moersch FLSA Consent
34.     Joseph A Nieves FLSA Consent
35.     Devon Patrick FLSA Consent
36.     Michael Perkins FLSA Consent
37.     Kardell Perry FLSA Consent
38.     Lawrence Perry Jr. FLSA Consent
39.     Kenneth Ross FLSA Consent
40.     Charles Scott FLSA Consent
41.     Edward Slanina FLSA Consent
42.     Donald L. Smith FLSA Consent
43.     Benny Spanks FLSA Consent
44.     William K. Sterk FLSA Consent
45.     Nathaniel Thompson FLSA Consent
46.     Richard Villarreal FLSA Consent
47.     Stuart Walker FLSA Consent
48.     David Wilkie FLSA Consent
49.     Ezell Williams FLSA Consent
50.     Lawrence Williams FLSA Consent
51.     Lionell Williams FLSA Consent
52.     Marie Winchester- Portis FLSA Consent
53.     Michael T. Woods FLSA Consent
54.     Tony Wright FLSA Consent

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Anthony J. Allen_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _July 24, 2011_____
Client's Signature                                         Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Hiram A. Anderson, Jr._ am a current or former employee of
Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled
to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in
the pay claims being asserted by current or former employees of the Defendant against the
Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.
Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,
or such other persons or entities as they may designate, to bring suit against the Defendant on my
behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions
they may deem necessary or advisable.

_____          7/26/11
Client's Signature                                Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Robert M. Anderson_ am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.


_____          _7-24-2011_____
Client's Signature                                          Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), *ROBERT G. ARMSTRONG*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                        Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Victor Ballard_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Victor Ballard_
Client's Signature

_7/25/2011_
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael Borowiec_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_7-23-2011_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Joe Bowen_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Joe Bowen_
Client's Signature

_7-25-11_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Deontae Bryant_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____     7/20/11
Client's Signature                              Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Larry Cechowski_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_July 23, 2011_
Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _MATTHEW CHAPPERON_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_7/22/2011_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael CrAwford_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_7/22/11_
_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Joseph K Davis_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
July 23, 2011
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Maurice Dishmon*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                          7-23-11
                                                                    Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
## (To Be Filed With The Court)

I (print name), _Richard Echavarria_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_Richard Echavarria_
_____
Client's Signature

_7-22-11_
_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Wallace M. Edwards_ a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_Wallace M. Edwards_        _7-23-11_
Client's Signature            Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Rafael Esparza, Jr._ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Rafael Esparza, Jr._
Client's Signature

_07- 23- 11_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _LEE faber_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
Date                    7-26-11

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _TODD FANNING_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_Todd Fanning_                          _7-23-2011_
Client's Signature                          Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *MELVIN B. GARDNER*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
7. 25. 11
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Melanie Graham_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe.I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Melanie Graham_
Client's Signature

_July 25, 2011_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name),  *James Green* , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
7/25/11    Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Daniel T Hardy_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____7-23-11_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name) *Dean Harvey* am a current or former employee of
Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled
to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in
the pay claims being asserted by current or former employees of the Defendant against the
Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.
Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,
or such other persons or entities as they may designate, to bring suit against the Defendant on my
behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions
they may deem necessary or advisable.


_____          _____
Client's Signature                                       Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Reymundo, Herrera* am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.

_____
Client's Signature

*July – 18 – 20 11*
_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Russell Holt*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____            _____
Client's Signature                                              Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _John F Hough_ am a current or former employee of
Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled
to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in
the pay claims being asserted by current or former employees of the Defendant against the
Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.
Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,
or such other persons or entities as they may designate, to bring suit against the Defendant on my
behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions
they may deem necessary or advisable.

_____          _____
Client's Signature                                        7/23/11
                                                                  Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), DAVID L. HOWARD am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                          24 July 2011
                                                   Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), Darrell Hudson , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____        _____
Client's Signature                                          Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _John A. Lamka_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                      Date                 7/24, 2011

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Robert A. Lundstrom_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Robert A. Lundstrom_      _8-25-2011_
Client's Signature            Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name) *GREGG A. McComB* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                          Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name),  _David    McKey,_  am  a  current  or  former  employee  of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant").  I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant.  I wish to be a party in

the  pay  claims  being  asserted  by  current  or  former  employees  of  the  Defendant  against  the

Defendant and related parties and entities.  I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.

_____          _____
              Client's Signature                                                      Date

07-25-2011

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _John A Moersch_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____         _____7/23/11_____
Client's Signature                                          Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
## (To Be Filed With The Court)

I (print name), JOSEPH A NIEVES, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

7-23-2011
_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Devon Patrick_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

7-24-11
_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael Perkins_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Michael M Perkins_
Client's Signature

_7/25/11_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Kardell Perry_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_Kardell Perry_                              _7-24-2011_
Client's Signature                                Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *LAWRENCE Perry JR*, am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.

_____          _____
Client's Signature                                            7-25-11
                                                                       Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Kenneth Ross_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Kenneth E. Ross_
Client's Signature

_7-25-2011_
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Charles Scott_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Charles Scott_
Client's Signature

_7-25-11_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Edward Slanina_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Edward Slanina_
_____
Client's Signature

_7-25/2011_
_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Donald L. Smith_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____        _____7-25-11_____
Client's Signature                                          Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _BENNY SPANKS_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_July 25, 2011_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _WILLIAM K. STERK_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_7 - 23 - 2011_
_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), *Nathaniel Thompson* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

*Nathaniel Thompson*
Client's Signature

*7/23/2001*
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Richard Villarreal_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                      Date
                                                              7/26/11

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Stuart Walker* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                        Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), DAVID WILKIE , am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.


_____          _7/27/2011_____
Client's Signature                                    Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Ezell Williams_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_7/25/11_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *LAWRENCE WILLIAMS,* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          JULY 25, 2011
Client's Signature                                        Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Lionell Williams_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Lionell Williams_
Client's Signature

_July 23, 2011_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), <u>Marie Winchester-Portis</u> am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the ~~Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.~~ Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

July 27, 2011
_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Michael T. Woods* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                    Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Tony C WRIGHT_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____         _____
Client's Signature                                      Date