**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

Attached for filing in the above-styled matter are the FLSA Consent forms of Peter G. Beagles, George Bell, Mark Burlison, Gerald Casey, Marcus Conner, Richard Crabtree, Gary Crowder, Gary G. Denn, Eric Dillahunty, Adam Eakins, Brian N. Ericson, Jermaine Fisher, Brian Fitzgerald, Dennis Gales, Gary Gietl, Arthur Giffen, Charles R. Hunter, Terrye Jackson, Alan Kappel, Michael E. Lewis, Thomas Luebker, Eddie McCray, Raymond T. Miller, Robert M. Murray, Matthew Parthun, Michael A. Reczek, Inoise Robinson, Mike Schmelter, Terrence D. Smith, Anton Smits, Jeron R. Stanton, Jeff R. Titsworth and Frank Vaisvilas in English.

Date: July 28, 2011

Respectfully Submitted,
Blakes *et al.*

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on Thursday, July 28, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: July 28, 2011                              Respectfully Submitted,
                                                 Blakes *et al*.

                                                 By/s/ Walker R. Lawrence
Walker R. Lawrence                               On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000