IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

### NOTICE OF FILING

Attached for filing in the above-styled matter is the FLSA Consent form Michael Albano, Terry Baab, Deon Bennett, Stephan Dalla Valle, Larry Ferguson, Julio Inostroza, Tonya Laye, Richard M. Marsh, David J. Masino, Kim R. Miller, Paul Peppers, Anthony Prowell, David Quirke, Sergio M. Rivera, Lee A. Taylor, JR, Emanuel Tripolitakis, Nicholas G. Vulgaris, Luke Williams, Marie Winchester-Portis, Richard Wood in English.

Date: July 29, 2011                                   Respectfully Submitted,
                                                      Blakes *et al.*

                                                      By/s/ Walker R. Lawrence
                                                      On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    By my signature below, I hereby certify that on Friday, July 29, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: July 29, 2011

Respectfully Submitted,
Blakes *et al*.

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000