IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | On Consent |
| Defendant. ) | |
| ) | |

## **NOTICE OF FILING**

Attached for filing in the above-styled matter are the FLSA Consent forms for Thomas Alsup, JR, Daryn Berndt, Bruce Blanchette, Steven Bonfield, Sean Brown, Keith Cooper, Keith Darnell, Charles David, Christopher Deniston, Virgil Green, Tinicko Griffin, Curtis Hudec, Kevin Johnson, Ronald Kelm, Mattie Lacy, Christian Larkin, Jeremy McNabb, Timothy McNally, Edward McNamara, Timothy Muhammad, Jeffrey Myers, J'Mal Riley, David Ruiz, Gregory Stauner, Antonio Tinoco, James Tokarski, Patrick Waldyn, Tornell Williams, and Gary Wurglitz in English.

Date: August 3, 2011

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

Respectfully Submitted,
Blakes *et al.*

By/s/ Walker R. Lawrence
On of their Attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-0036 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on Wednesday, August 03, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 3, 2011                                Respectfully Submitted,
                                                                   Blakes *et al*.

                                                                   By/s/ Walker R. Lawrence
Walker R. Lawrence                                    On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000