IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

    Attached for filing in the above-styled matter are the FLSA Consent forms of Peter Gizowski, Jason Green, Nelson Hernandez, Parris O. Jones, Yovel Sullivan, and Byron Young in English.

Date: August 12, 2011           Respectfully Submitted,
                                 Blakes *et al.*

                                 By/s/ Walker R. Lawrence
Walker R. Lawrence              On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    By my signature below, I hereby certify that on Friday, August 12, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

| | |
|---|---|
| Date: August 12, 2011 | Respectfully Submitted, |
| | Blakes *et al.* |
| | |
| | By/s/ Walker R. Lawrence |
| | On of their Attorneys |
| Walker R. Lawrence | |
| Atty. No. 6296405 | |
| Maduff & Maduff, LLC | |
| Michigan Plaza At Illinois Center | |
| 205 N. Michigan Ave | |
| Suite 2050 | |
| Phone: 312-276-9000 | |