**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**<u>NOTICE OF FILING</u>**

    Attached for filing in the above-styled matter are the FLSA Consent forms of David T. Hilliard, Winston C. Hodges, Eilean Sims, and Kenneth Wiggins in English.

Date: August 15, 2011            Respectfully Submitted,
                                           Blakes *et al.*

                                           <u>By/s/ Walker R. Lawrence</u>
Walker R. Lawrence           On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on Monday, August 15, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 15, 2011　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　Blakes *et al*.

　　　　　　　　　　　　　　　　　　　　　　By/s/ Walker R. Lawrence
Walker R. Lawrence　　　　　　　　　　　　　On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000