# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | On Consent |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

    Attached for filing in the above-styled matter are the FLSA Consent forms of Darell Burton, Christopher Maklary, Gregory O'Conner, Gilberto Olivarez, and Andrej Pawinski in English.

Date: August 15, 2011                    Respectfully Submitted,
                                                        Blakes *et al.*

                                                        By/s/ Walker R. Lawrence
Walker R. Lawrence                     On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) Magistrate Judge Kim |
| AT&T Illinois | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    By my signature below, I hereby certify that on Monday, August 15, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 15, 2011

Respectfully Submitted,
Blakes *et al*.

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000