IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**<u>NOTICE OF FILING</u>**

Attached for filing in the above-styled matter are the FLSA Consent form of Pierre Scott

in English.


Date: August 18, 2011                                     Respectfully Submitted,
                                                                         Blakes *et al.*

                                                                         By/s/ Walker R. Lawrence
Walker R. Lawrence                                      On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Blakes *et al.*,                                    )
                              Plaintiffs,           )
              vs.                                   )    CASE NO. 11-cv-00336
Illinois Bell Telephone Company d/b/a              )    Magistrate Judge Kim
AT&T Illinois                                       )
                              Defendant.            )
                                                    )

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on Thursday, August 18, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 18, 2011                  Respectfully Submitted,
                                        Blakes  *et al*.

                                        By/s/ Walker R. Lawrence
                                                On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000