IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF FILING</u>

Attached for filing in the above-styled matter are the FLSA Consent forms of Michael J.

Borozan, Carey D. Darden, and James E. Fisher, III in English.


Date: August 19, 2011                    Respectfully Submitted,
                                         Blakes *et al.*

                                         By/s/ Walker R. Lawrence
                                         On of their Attorneys
Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Blakes *et al.*,                                          )
                                    Plaintiffs,          )
                           vs.                            )          CASE NO. 11-cv-00336
Illinois Bell Telephone Company d/b/a          )          Magistrate Judge Kim
AT&T Illinois                                            )
                                    Defendant.         )
                                                          )

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on Friday, August 19, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 19, 2011                    Respectfully Submitted,
                                                    Blakes  *et al*.

                                                    By/s/ Walker R. Lawrence
                                                              On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000