# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, | ) |
|     Plaintiffs, | ) |
|   vs. | )   CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | )   Magistrate Judge Kim |
| AT&T Illinois | )   On Consent |
|     Defendant. | ) |
| | ) |

## NOTICE OF FILING

  Attached for filing in the above-styled matter are the FLSA Consent forms of Eddie Ell and Michael A. Morsovillo Sr. in English.

Date: August 23, 2011          Respectfully Submitted,
                     Blakes *et al.*

                     By/s/ Walker R. Lawrence
Walker R. Lawrence           On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a AT&T Illinois | ) | Magistrate Judge Kim |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

     By my signature below, I hereby certify that on Tuesday, August 23, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 23, 2011

Respectfully Submitted,
Blakes *et al*.

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000