IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, | ) |
|                   Plaintiffs, | ) |
|           vs. | ) CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) Magistrate Judge Kim |
| AT&T Illinois | ) On Consent |
|                   Defendant. | ) |
| | ) |

**NOTICE OF FILING**

    Attached for filing in the above-styled matter are the FLSA Consent forms of Mark Davies and Edward Mayr in English.

Date: August 25, 2011                                      Respectfully Submitted,
                                                                                 Blakes *et al.*

                                                                                 By/s/ Walker R. Lawrence
Walker R. Lawrence                                    On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a AT&T Illinois | ) | Magistrate Judge Kim |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on Thursday, August 25, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 25, 2011            Respectfully Submitted,
                                 Blakes *et al*.

                                 By/s/ Walker R. Lawrence
Walker R. Lawrence               On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000