IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | On Consent |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

Attached for filing in the above-styled matter are the FLSA Consent forms of Noe Castaneda in Spanish, James L. Miller, Jeffrey P. Olmstead, Harold Slayton, James Taylor, and David Wright in English.

Date: August 29, 2011               Respectfully Submitted,
                                    Blakes *et al.*

                                    By/s/ Walker R. Lawrence
                                    On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
|                 Plaintiffs, | ) | |
|             vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a AT&T Illinois | ) | Magistrate Judge Kim |
|                 Defendant. | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

      By my signature below, I hereby certify that on Monday, August 29, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 29, 2011                         Respectfully Submitted,
                                                  Blakes *et al*.

                                                  <u>By/s/ Walker R. Lawrence</u>
Walker R. Lawrence                          On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000