**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others, <br>                      Plaintiffs, <br>                      v. <br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois, <br>                      Defendant. | Case No. 11-cv-00336 <br><br>Judge Manning <br><br>Magistrate Judge Kim |

**GROUP EXHIBIT LIST FOR NOTICE OF FILING CONSENTS**

1.     Noe Castaneda FLSA Consent
2.     James L. Miller FLSA Consent
3.     Jeffrey P. Olmstead FLSA Consent
4.     Harold Slayton FLSA Consent
5.     James Taylor FLSA Consent
6.     David Wright FLSA Consent

## AT&T ILLINOIS
## FORMULARIO DE CONSENTIMIENTO DE LA FLSA
### (Para ser presentado ante el Tribunal)

Yo (nombre en letra de molde), NOE CASTANEDA, soy un empleado actual o anterior de Illinois Bell Telephone Company, que desempeña su actividad comercial bajo el nombre de AT&T Illinois (el "Demandado"). Considero que tengo derecho a salarios adicionales por las horas no pagadas que trabajé para el Demandado. Deseo ser una parte en las demandas de pago presentadas por los empleados actuales o anteriores del Demandado contra el Demandado y partes y entidades relacionadas. Por el presente doy mi consentimiento a mis abogados, Aaron B. Maduff, Michael L. Maduff y Walker R. Lawrence del estudio de abogados Maduff & Maduff, LLC, o a toda persona o entidad que ellos puedan designar, a entablar en mi nombre un proceso judicial contra el Demandado según la Ley de Normas Laborales Justas en esta demanda y en toda otra demanda adicional o subsiguiente que ellos puedan considerar necesaria o aconsejable.

_Noe Castaneda_         _8-26-11_
Firma del Cliente        Fecha

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _James L. Miller_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_James L. Miller_      _8-24-11_
Client's Signature      Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), __Jeffery P OLmstead__, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

__Jeffery P Olmstead__  
Client's Signature

__19 Aug 11__  
Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), __HAROLD SLAYTON__, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

__Harold Slayton__  
Client's Signature

__8/23/11__  
Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
(To Be Filed With The Court)

I (print name), **James Taylor**, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                              Date

*James Taylor* (signature)          8-26-2011

# AT&T ILLINOIS
# FLSA CONSENT FORM
(To Be Filed With The Court)

I (print name), __David Wright__, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_David Wright_  
Client's Signature

_8-24-2011_  
Date