### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

### NOTICE OF FILING

Attached for filing in the above-styled matter is the FLSA Consent form of Lamario Redmond in English.

Date: August 30, 2011

Respectfully Submitted,
Blakes *et al.*

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
|             Plaintiffs, | ) | |
|             vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a AT&T Illinois | ) | Magistrate Judge Kim |
|             Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

      By my signature below, I hereby certify that on Tuesday, August 30, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: August 30, 2011                            Respectfully Submitted,
                                                             Blakes *et al*.

                                                              By/s/ Walker R. Lawrence
Walker R. Lawrence                                On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000