IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

Attached for filing in the above-styled matter are the FLSA Consent forms of Anthony Carter and Dwight A. Charles, JR in English.

Date: September 19, 2011               Respectfully Submitted,
                                       Blakes *et al.*

                                       By/s/ Walker R. Lawrence
Walker R. Lawrence                     On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
|     Plaintiffs, | ) | |
|       vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a AT&T Illinois | ) | Magistrate Judge Kim |
|     Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    By my signature below, I hereby certify that on Monday, September 19, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

| | |
|---|---|
| Date: September 19, 2011 | Respectfully Submitted,<br>Blakes *et al*. |
| | By/s/ Walker R. Lawrence<br>    On of their Attorneys |

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000