**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

    Attached for filing in the above-styled matter is the FLSA Consent form of Jerry Brown in English.

| | |
|---|---|
| Date: October 6, 2011 | Respectfully Submitted,<br>Blakes *et al.* |
| | By/s/ Walker R. Lawrence<br>On of their Attorneys |
| Walker R. Lawrence<br>Atty. No. 6296405<br>Maduff & Maduff, LLC<br>Michigan Plaza At Illinois Center<br>205 N. Michigan Ave<br>Suite 2050<br>Phone: 312-276-9000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on Thursday, October 06, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: October 6, 2011                                   Respectfully Submitted,
                                                                        Blakes *et al*.

                                                                        By/s/ Walker R. Lawrence
Walker R. Lawrence                                      On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000