IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blakes *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Kim |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

Attached for filing in the above-styled matter is the FLSA Consent forms of David Blanks in English.

Date: October 18, 2011

Respectfully Submitted,
Blakes *et al.*

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Blakes *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO. 11-cv-00336 |
| Illinois Bell Telephone Company d/b/a ) | Magistrate Judge Kim |
| AT&T Illinois ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on Tuesday, October 18, 2011, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: October 18, 2011              Respectfully Submitted,
                                    Blakes *et al*.

                                    By/s/ Walker R. Lawrence
Walker R. Lawrence                  On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000