# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Young B. Kim | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 336 | **DATE** | January 22, 2013 |
| **CASE TITLE** | Blakes et al vs. AT&T Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is reminded that it must file with the clerk's office a certificate of service with a copy of it's motion for decertification attached thereto as soon as possible. (R. 191.) Plaintiffs' oral request for an extension of time to explain how they wish to proceed with the motion for decertification is granted over Defendant's objection. Plaintiffs are ordered to file their response plan by February 15, 2013. A status hearing is scheduled for February 20, 2013, at 11:00 a.m in courtroom 1019, to discuss this plan and Defendant's objections thereto.

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | ma |
|---|---|---|