IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others,<br><br>                Plaintiffs,<br><br>        v.<br><br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois,<br><br>                Defendant. | Case No. 11-cv-336<br><br>Hon. Judge Kim |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 14, 2013, true and correct copies of the following documents were served via electronic mail to counsel of record and to the clerk of the court:

- Defendant's Motion for FLSA Decertification
- Defendant's Memorandum of Law in Support of Its Motion for FLSA Decertification

Additionally, the undersigned attorney hereby certifies that true and correct copies of the following exhibits to Defendant's Memorandum of Law in Support of Its Motion for Decertification were served on counsel of record by hand delivery on a CD on January 15, 2013 (pursuant to plaintiffs' counsel's request for service in this manner rather than electronically at the time of submission of the aforementioned documents):

- Exhibit A - *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 112
- Exhibit B - Dr. John Johnson Expert Report
- Exhibit C - Hiram Anderson Deposition Transcript Excerpts
- Exhibit D - Efran Arvizu Deposition Transcript Excerpts
- Exhibit E - James Blakes Deposition Transcript Excerpts
- Exhibit F - Bruce Blanchette Deposition Transcript Excerpts

1

- Exhibit G - Patrick Chambers Deposition Transcript Excerpts
- Exhibit H - Steven Clark Deposition Transcript Excerpts
- Exhibit I - Gary Crowder Deposition Transcript Excerpts
- Exhibit J - Herman Deckys Deposition Transcript Excerpts
- Exhibit K - Gary Denny Deposition Transcript Excerpts
- Exhibit L - Brian Ericson Deposition Transcript Excerpts
- Exhibit M - Ramsey Haynes Deposition Transcript Excerpts
- Exhibit N - Bradley Hunt Deposition Transcript Excerpts – 10-4-2011
- Exhibit O - Bradley Hunt Deposition Transcript Excerpts – 02-16-2012
- Exhibit P - David McKey Deposition Transcript Excerpts
- Exhibit Q - Elizabeth Olmstead Deposition Transcript Excerpts
- Exhibit R - Jeffrey Palenske Deposition Transcript Excerpts
- Exhibit S - Kirk Parro Deposition Transcript Excerpts
- Exhibit T - Phillipe Porter Deposition Transcript Excerpts – 09-13-2011
- Exhibit U - Phillipe Porter Deposition Transcript Excerpts – 11-11-2011
- Exhibit V - Mark Rentschler Deposition Transcript Excerpts
- Exhibit W - Ernest Roberts, Jr. Deposition Transcript Excerpts – 09-22-2011
- Exhibit X - Ernest Roberts, Jr. Deposition Transcript Excerpts – 11-14-2011
- Exhibit Y - Robert Schilling Deposition Transcript Excerpts
- Exhibit Z - Donald Smith Deposition Transcript Excerpts
- Exhibit AA - William Sterk Deposition Transcript Excerpts
- Exhibit BB - Emanual Tripolitakis Deposition Transcript Excerpts – 08-15-2012
- Exhibit CC - Emanual Tripolitakis Deposition Transcript Excerpts – 10-24-2012
- Exhibit DD - Larry Williams Deposition Transcript Excerpts
- Exhibit EE - Tony Wright Deposition Transcript Excerpts
- Exhibit FF - Keith Harn Deposition Transcript Excerpts
- Exhibit GG - Arether Macon Deposition Transcript Excerpts
- Exhibit HH - Declaration of Russell Biba
- Exhibit II - Declaration of Christopher Burk
- Exhibit JJ - Declaration of Juan Cordova
- Exhibit KK - Declaration of Johnette Hardy

- Exhibit LL - Declaration of Keith Harn
- Exhibit MM - Declaration of Patricia Lewis
- Exhibit NN - Declaration of Arether Macon
    - Exhibit 1 to Declaration of Arether Macon [ATTBLAKES007142-007152]
- Exhibit OO - Declaration of Michael Pastorelli
- Exhibit PP - Declaration of Cynthia Sorenson
    - Exhibit 1 to Declaration of Cynthia Sorenson [ATTBLAKES015902]
    - Exhibit 2 to Declaration of Cynthia Sorenson [ATTBLAKES017612, 017617, 017783]
    - Exhibit 3 to Declaration of Cynthia Sorenson [ATTBLAKES002924]
- Exhibit QQ - Declaration of Hugo Vasquez
- Exhibit RR - Declaration of Peter Velez
- Exhibit SS - Declaration of Donna Zang
    - Exhibit 1 to Declaration of Donna Zang [ATTBLAKES000870-000940]
    - Exhibit 2 to Declaration of Donna Zang [ ATTBLAKES008818-008822]
- Exhibit TT - Declaration of Jay Zimmerman
- Exhibit UU - Declaration of M. Michelle Zollmann
    - Exhibit 1 to Declaration of M. Michelle Zollmann [ATTBLAKES008758]
- Exhibit VV - Hiram Anderson's Responses to Defendant's First Set of Interrogatories
- Exhibit WW - Efran Arvizu's Responses to Defendant's First Set of Interrogatories
- Exhibit XX - James Blakes' Responses to Defendant's First Set of Interrogatories
- Exhibit YY - Bruce Blanchette's Responses to Defendant's First Set of Interrogatories
- Exhibit ZZ - Patrick Chambers' Responses to Defendant's First Set of Interrogatories
- Exhibit AAA - Steven Clark's Responses to Defendant's First Set of Interrogatories
- Exhibit BBB - Gary Crowder's Responses to Defendant's First Set of Interrogatories
- Exhibit CCC - Herman Deckys' Responses to Defendant's First Set of Interrogatories
- Exhibit DDD - Gary Denny's Responses to Defendant's First Set of Interrogatories
- Exhibit EEE - Brian Ericson's Responses to Defendant's First Set of Interrogatories
- Exhibit FFF - Ramsey Haynes' Responses to Defendant's First Set of Interrogatories and an amended Exhibit A to his Interrogatory Responses
- Exhibit GGG - Bradley Hunt's Responses to Defendant's First Set of Interrogatories
- Exhibit HHH - David McKey's Responses to Defendant's First Set of Interrogatories and Plaintiff David McKey's Supplemental Answer to Interrogatory No. 6
- Exhibit III - Elizabeth Olmstead's Responses to Defendant's First Set of Interrogatories

- Exhibit JJJ - Jeffrey Palenske's Responses to Defendant's First Set of Interrogatories
- Exhibit KKK - Kirk Parro's Responses to Defendant's First Set of Interrogatories
- Exhibit LLL - Phillip Porter's Responses to Defendant's First Set of Interrogatories
- Exhibit MMM - Mark Rentschler's Responses to Defendant's First Set of Interrogatories
- Exhibit NNN - Ernest Roberts' Responses to Defendant's First Set of Interrogatories
- Exhibit OOO - Robert Schilling's Responses to Defendant's First Set of Interrogatories
- Exhibit PPP - Donald Smith's Responses to Defendant's First Set of Interrogatories
- Exhibit QQQ - William Sterk's Responses to Defendant's First Set of Interrogatories
- Exhibit RRR - Emanual Tripolitakis' Responses to Defendant's First Set of Interrogatories
- Exhibit SSS - Larry Williams' Responses to Defendant's First Set of Interrogatories
- Exhibit TTT - Tony Wright's Responses to Defendant's First Set of Interrogatories
- Exhibit UUU - Declaration of Gregory P. Abrams
    - Exhibit 1 to Declaration of Gregory P. Abrams, June 8, 2012 Letter
- Exhibit VVV - Transcript from the 11/13/12 hearing
- Exhibit WWW - Deckys Dep. Ex. 30
- Exhibit XXX - Schilling Dep Ex. 6
- Exhibit YYY - Hunt Dep Ex. 16 [ATTBLAKES005990]
- Exhibit ZZZ - Macon Dep. Ex. 1 [ATTBLAKES007436, 7438]
- Exhibit AAAA - Porter Dep Ex. 24 [Illinois Bell000779 – 781]

| | |
|---|---|
| Dated: January 23, 2013 | Respectfully submitted,<br>Illinois Bell Telephone Company<br>d/b/a AT&T Illinois<br><br>By:   /s/ Gregory P. Abrams<br>       One of its attorneys<br><br>George A. Stohner (*pro hac vice*)<br>Morgan, Lewis & Bockius, LLP<br>300 South Grant Ave., Twenty-Second Floor<br>Los Angeles, California 90071-3132<br>Phone: 213-612-2500<br>Fax: 213-612-2501<br><br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Phone: 202-739-3000<br>Fax: 202-739-3001<br>gstohner@morganlewis.com<br><br>Gregory P. Abrams<br>Rita Srivastava<br>Morgan, Lewis & Bockius, LLP<br>77 West Wacker Drive<br>Chicago, Illinois 60601<br>Phone: 312-324-1000<br>Fax: 312-324-1001<br>gabrams@morganlewis.com<br>rsrivastava@morganlewis.com |