# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others,<br><br>      Plaintiffs,<br><br>      v.<br><br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois,<br><br>      Defendant. | Case No. 11-cv-336<br><br>Magistrate Judge Kim |

## INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| A | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 112 |
| B | Dr. John Johnson Expert Report |
| C | Hiram Anderson Deposition Transcript Excerpts |
| D | Efran Arvizu Deposition Transcript Excerpts |
| E | James Blakes Deposition Transcript Excerpts |
| F | Bruce Blanchette Deposition Transcript Excerpts |
| G | Patrick Chambers Deposition Transcript Excerpts |
| H | Steven Clark Deposition Transcript Excerpts |
| I | Gary Crowder Deposition Transcript Excerpts |
| J | Herman Deckys Deposition Transcript Excerpts |
| K | Gary Denny Deposition Transcript Excerpts |
| L | Brian Ericson Deposition Transcript Excerpts |
| M | Ramsey Haynes Deposition Transcript Excerpts |
| N | Bradley Hunt Deposition Transcript Excerpts – 10-4-2011 |
| O | Bradley Hunt Deposition Transcript Excerpts – 02-16-2012 |
| P | David McKey Deposition Transcript Excerpts |
| Q | Elizabeth Olmstead Deposition Transcript Excerpts |
| R | Jeffrey Palenske Deposition Transcript Excerpts |
| S | Kirk Parro Deposition Transcript Excerpts |
| T | Phillipe Porter Deposition Transcript Excerpts – 09-13-2011 |
| U | Phillipe Porter Deposition Transcript Excerpts – 11-11-2011 |
| V | Mark Rentschler Deposition Transcript Excerpts |
| W | Ernest Roberts, Jr. Deposition Transcript Excerpts – 09-22-2011 |
| X | Ernest Roberts, Jr. Deposition Transcript Excerpts – 11-14-2011 |
| Y | Robert Schilling Deposition Transcript Excerpts |
| Z | Donald Smith Deposition Transcript Excerpts |
| AA | William Sterk Deposition Transcript Excerpts |
| BB | Emanual Tripolitakis Deposition Transcript Excerpts – 08-15-2012 |
| CC | Emanual Tripolitakis Deposition Transcript Excerpts – 10-24-2012 |
| DD | Larry Williams Deposition Transcript Excerpts |
| EE | Tony Wright Deposition Transcript Excerpts |
| FF | Keith Harn Deposition Transcript Excerpts |
| GG | Arether Macon Deposition Transcript Excerpts |
| HH | Declaration of Russell Biba |
| II | Declaration of Christopher Burk |
| JJ | Declaration of Juan Cordova |
| KK | Declaration of Johnette Hardy |
| LL | Declaration of Keith Harn |
| MM | Declaration of Patricia Lewis |
| NN | Declaration of Arether Macon<br>- Exhibit 1 to Declaration of Arether Macon [ATTBLAKES007142-007152] |
| OO | Declaration of Michael Pastorelli |
| PP | Declaration of Cynthia Sorenson<br>- Exhibit 1 to Declaration of Cynthia Sorenson [ATTBLAKES015902]<br>- Exhibit 2 to Declaration of Cynthia Sorenson [ATTBLAKES017612, 017617, 017783]<br>- Exhibit 3 to Declaration of Cynthia Sorenson [ATTBLAKES002924] |
| QQ | Declaration of Hugo Vasquez |

| | |
|---|---|
| RR | Declaration of Peter Velez |
| SS | Declaration of Donna Zang<br>- Exhibit 1 to Declaration of Donna Zang [ATTBLAKES000870, 000887]<br>- Exhibit 2 to Declaration of Donna Zang [ ATTBLAKES008818-008822] |
| TT | Declaration of Jay Zimmerman |
| UU | Declaration of M. Michelle Zollmann<br>- Exhibit 1 to Declaration of M. Michelle Zollmann [ATTBLAKES008758] |
| VV | Hiram Anderson's Responses to Defendant's First Set of Interrogatories |
| WW | Efran Arvizu's Responses to Defendant's First Set of Interrogatories |
| XX | James Blakes' Responses to Defendant's First Set of Interrogatories |
| YY | Bruce Blanchette's Responses to Defendant's First Set of Interrogatories |
| ZZ | Patrick Chambers' Responses to Defendant's First Set of Interrogatories |
| AAA | Steven Clark's Responses to Defendant's First Set of Interrogatories |
| BBB | Gary Crowder's Responses to Defendant's First Set of Interrogatories |
| CCC | Herman Deckys' Responses to Defendant's First Set of Interrogatories |
| DDD | Gary Denny's Responses to Defendant's First Set of Interrogatories |
| EEE | Brian Ericson's Responses to Defendant's First Set of Interrogatories |
| FFF | Ramsey Haynes' Responses to Defendant's First Set of Interrogatories and Plaintiff's amended Exhibit A to his Interrogatory Responses |
| GGG | Bradley Hunt's Responses to Defendant's First Set of Interrogatories |
| HHH | David McKey's Responses to Defendant's First Set of Interrogatories and Plaintiff David McKey's Supplemental Answer to Interrogatory No. 6 |
| III | Elizabeth Olmstead's Responses to Defendant's First Set of Interrogatories |
| JJJ | Jeffrey Palenske's Responses to Defendant's First Set of Interrogatories |
| KKK | Kirk Parro's Responses to Defendant's First Set of Interrogatories |
| LLL | Phillip Porter's Responses to Defendant's First Set of Interrogatories |
| MMM | Mark Rentschler's Responses to Defendant's First Set of Interrogatories |
| NNN | Ernest Roberts' Responses to Defendant's First Set of Interrogatories |
| OOO | Robert Schilling's Responses to Defendant's First Set of Interrogatories |
| PPP | Donald Smith's Responses to Defendant's First Set of Interrogatories |
| QQQ | William Sterk's Responses to Defendant's First Set of Interrogatories |
| RRR | Emanual Tripolitakis' Responses to Defendant's First Set of Interrogatories |
| SSS | Larry Williams' Responses to Defendant's First Set of Interrogatories |
| TTT | Tony Wright's Responses to Defendant's First Set of Interrogatories |
| UUU | Declaration of Gregory P. Abrams<br>-Exhibit 1 to Declaration of Gregory P. Abrams, June 8, 2012 Letter |
| VVV | Transcript from the 11/13/12 hearing |
| WWW | Deckys Dep. Ex. 30 |
| XXX | Schilling Dep Ex. 6 |
| YYY | Hunt Dep Ex. 16 [ATTBLAKES005990] |
| ZZZ | Macon Dep. Ex. 1 [ATTBLAKES007436, 7438] |
| AAAA | Porter Dep Ex. 24 [Illinois Bell000779 – 781] |