# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKES, STEVEN CLARK, HERMAN DECKYS, BRADLEY HUNT, PHILLIPE PORTER, ERNEST ROBERTS, JR., LARRY WILLIAMS, for themselves and on behalf of similarly situated others,<br><br>      Plaintiffs,<br><br>   v.<br><br>ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois,<br><br>      Defendant. | Case No. 11-cv-336<br><br>Magistrate Judge Kim |

**INDEX OF EXHIBITS**

| Exhibit | Description of Exhibit |
|---|---|
| A | *Koval, et al. v. AT&T Inc.*, Case No. RG10510513 (Cal. Sup. Ct. June 27, 2013) |
| B | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 157 [Summary Judgment Decision] |
| C | FLSA Section 216(b) Notice |
| D | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 124 [Denial of Motion for Reconsideration] |
| E | Dr. John Johnson Expert Rebuttal Report |
| F | Declaration of Gregory P. Abrams |
| G | Dr. Gregory Mitchell Expert Report |
| H | Dr. Bardwell Deposition Exhibit 14 |
| I | *Espenscheid v. DirectSat USA, LLC*, 3:09-cv-00625-bbc (W.D. Wis. May 12, 2011) (Doc. No. 595) |
| J | MSOC For Technicians, January 2010 [ATTBLAKES 008746 – 8759] |
| K | Welcome to MSOC 1, Intro to MSOC, ATT-TELCO-002-500-031. March 2010 [ATTBLAKES 007780 – 8719] |
| L | Herman Decky Deposition Exhibit 31 |
| M | Excerpts from 2009 IBEW Collective Bargaining Agreement |
| N | *Raposo v. Garelick Farms*, Case No. 11-11943 (D. Mass. July 11, 2013) |
| O | Performance Evaluation from Brian Ericson Personnel File |
| P | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 37 [Plaintiffs' Class Certification Memorandum] |
| Q | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 19 [First Amended Complaint] |
| R | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 98 [Plaintiffs' Class Certification Reply Memorandum] |
| S | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 31 [Declaration of Plaintiff David Jacak] |
| T | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 30 [Declaration of Plaintiff Greg Congdon] |
| U | *Boelk et al. v. AT&T Teleholdings, Inc. et al.* No. 12-cv-40-bbc (W.D. Wis.), Dkt. 75 [David Jacak Deposition Transcript] |
| V | *Geletich v. Varris Management, Inc.,* Case No. RG11 603428, (Alameda Sup. Ct. Jan. 29, 2013) |
| W | Bradly Hunt, Dep Ex. 16 at ATTBLAKES 005976; Steven Clark Dep. Ex. 2 at ATTBLAKES 001999 |
| X | Mark Rentschler Deposition Exhibit 2 [ATTBLAKES017608 – ATTBLAKES017848, at ATTBLAKES017712] |
| Y | Gigi Severson Deposition Transcript Exhibit 8 [ATTBLAKES 015379] |
| Z | Dr. John Johnson Expert Deposition Ex. 11 |
| AA | *Ascolese v. County of Los Angeles*, ED CV 08-1267 ABC (CWX) (C.D. Cal.) (Doc. No. 592) |
| BB | Herman Decky August 23, 2011 Deposition Exhibit 15 |
| CC | Hiram Anderson Deposition Transcript Excerpts |
| DD | Efran Arvizu Deposition Transcript Excerpts |
| EE | Dr. Bardwell Deposition Transcript Excerpts |
| FF | James Blakes Deposition Transcript Excerpts |
| GG | Bruce Blanchette Deposition Transcript Excerpts |

| | |
|---|---|
| HH | Patrick Chambers Deposition Transcript Excerpts |
| II | Steven Clark Deposition Transcript Excerpts |
| JJ | Gary Crowder Deposition Transcript Excerpts |
| KK | Herman Deckys Deposition Transcript Excerpts |
| LL | Gary Denny Deposition Transcript Excerpts |
| MM | Brian Ericson Deposition Transcript Excerpts |
| NN | Keith Harn Deposition Transcript Excerpts |
| OO | Ramsey Haynes Deposition Transcript Excerpts |
| PP | Bradley Hunt Deposition Transcript Excerpts – 10-4-2011 |
| QQ | Ellery Hunter Deposition Transcript Excerpts |
| RR | Dr. John Johnson Deposition Transcript Excerpts |
| SS | Arether Macon Deposition Transcript Excerpts |
| TT | David McKey Deposition Transcript Excerpts |
| UU | Elizabeth Olmstead Deposition Transcript Excerpts |
| VV | Kirk Parro Deposition Transcript Excerpts |
| WW | Jeffrey Palenske Deposition Transcript Excerpts |
| XX | Phillipe Porter Deposition Transcript Excerpts – 09-13-2011 |
| YY | Mark Rentschler Deposition Transcript Excerpts |
| ZZ | Ernest Roberts, Jr. Deposition Transcript Excerpts – 09-22-2011 |
| AAA | Gigi Severson Deposition Transcript Excerpts |
| BBB | William Sterk Deposition Transcript Excerpts |
| CCC | Robert Schilling Deposition Transcript Excerpts |
| DDD | Donald Smith Deposition Transcript Excerpts |
| EEE | Emanual Tripolitakis Deposition Transcript Excerpts – 08-15-2012 |
| FFF | Larry Williams Deposition Transcript Excerpts |
| GGG | Tony Wright Deposition Transcript Excerpts |