UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

James Blakes, et al.
                                            Plaintiff,

v.                                                    Case No.: 1:11−cv−00336
                                                       Honorable Young B. Kim

Illinois Bell Telehone Company, et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 7, 2014:

       MINUTE entry before the Honorable Young B. Kim:Motion hearing held. Plaintiffs' motion to toll the statute of limitations [235], which the court treats as a motion for clarification/reconsideration, is granted for the reasons stated in open court. The court's December 17, 2013 order [232, 233] is hereby stayed until February 28, 2014. Parties reported that while they have been engaged in settlement discussions, they would like to have an in−person settlement conference. The court will advise the parties once it has secured the assistance of another Magistrate Judge. The status hearing scheduled for January 30, 2014, to stand. If the parties are able to schedule a settlement conference prior to the January 30, 2014 status hearing, the court will strike the status hearing. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.