**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| James Blakes, et al., | |
| Plaintiffs, | CASE NO. 11-cv-336 |
| vs. | Judge Kim |
| ILLINOIS BELL TELEPHONE COMPANY d/b/a AT&T Illinois, | On Consent |
| Defendant. | |

## RULE 41 STIPULATION TO DISMISS

Plaintiffs' Blakes *et al.*, by their attorney, Walker R. Lawrence, and Defendant Illinois Bell Telephone Company, by its attorneys, pursuant to Fed. R. Civ. Pro. 41(a)(ii) hereby stipulate to dismiss the following 262 Opt-In Plaintiffs pursuant to the Court's order on May 21, 2015:

There are three bases upon which an opt-in Plaintiff has been dismissed (a plaintiff may be disqualified under one or more category): (1) Disqualifying Survey Answer; (2) Failed to Respond to the Survey; or (3) No JAMS data after December 1, 2009.

### Plaintiffs Disqualified Because of Survey Response

| No | Full Name |
|---|---|
| 1 | Hiram Anderson |
| 2 | Richard Echavarria |
| 3 | Virgil Green |
| 4 | Peter Hughes |
| 5 | Earnest Mayfield |
| 6 | Stephen Mueller |
| 7 | Jeffery Olmstead |
| 8 | Jeffrey Palenske |
| 9 | Keith Reed |

| | |
|---|---|
| 10 | Robert Simon |
| 11 | Nicholas Vulgaris |

**Plaintiffs That Failed to Respond**

| No. | Full Name |
|---|---|
| 1 | Michael Albano |
| 2 | Michael Arnold |
| 3 | Terry Baab |
| 4 | Christopher Baker |
| 5 | Victor Ballard |
| 6 | Daryn Berndt |
| 7 | John Beyer |
| 8 | Steven Bonfield |
| 9 | Michael Borozan |
| 10 | Ernest Brasse |
| 11 | Mark Burlison |
| 12 | Matthew Chapperon |
| 13 | Mitchell Dabrowski |
| 14 | Charles Davis |
| 15 | Maurice Dishmon |
| 16 | Ted Drag |
| 17 | Adam Eakins |
| 18 | Wallace Edwards |
| 19 | Lee Faber |
| 20 | Todd Fanning |
| 21 | Adam Farabee |
| 22 | Larry Ferguson |
| 23 | Shannon Fischer |
| 24 | James Fisher |
| 25 | Jermaine Fisher |
| 26 | Jacob Fowler |
| 27 | Daniel Gallegos |
| 28 | Ignacio Gallegos |
| 29 | Peter Gizowski |
| 30 | Jason Graham |
| 31 | Tinicko Griffin |
| 32 | Jason Hammer |
| 33 | Ramsey Haynes |

| | |
|---|---|
| 34 | Michael Healy |
| 35 | John Henzel |
| 36 | Nelson Hernandez |
| 37 | David Hilliard |
| 38 | Russell Hoh |
| 39 | Curtis Hudec |
| 40 | Darrel Johnson |
| 41 | Samuel Johnson |
| 42 | Alan Kappel |
| 43 | Michael Keith |
| 44 | James King |
| 45 | Brian Kube |
| 46 | Ronald Lafollett |
| 47 | Donald Lalowski |
| 48 | Robert Latham |
| 49 | Michael Lewis |
| 50 | Harold Lofton |
| 51 | Howard Martin |
| 52 | Juan Martinez |
| 53 | Kernell Massey |
| 54 | Edward Mayr |
| 55 | Michael Morsovillo |
| 56 | Jeffrey Myers |
| 57 | Timothy Niemiec |
| 58 | Sean O'Brien |
| 59 | Paul Peppers |
| 60 | Derek Phipps |
| 61 | Anthony Porto |
| 62 | Daryl Pratt |
| 63 | Mark Rentschler |
| 64 | J'Mal Riley |
| 65 | Sergio Rivera |
| 66 | Ramon Robles |
| 67 | Edwin Rodriguez |
| 68 | Kenneth Ross |
| 69 | Christopher Roth |
| 70 | Arthur Rucker |
| 71 | Ruben Sepulveda |
| 72 | Donald Sikorski |

| | |
|---|---|
| 73 | Donald Smith |
| 74 | Terrence Smith |
| 75 | Anton Smits |
| 76 | Gregory Stauner |
| 77 | Lee Taylor |
| 78 | Dion Thomas |
| 79 | Alvin Thompson |
| 80 | Jeff Titsworth |
| 81 | James Tokarski |
| 82 | Edward Trujillo |
| 83 | Curtis Turner |
| 84 | Frank Vaisvilas |
| 85 | Stuart Walker |
| 86 | Ezell Williams |
| 87 | Herbert Williams |
| 88 | Scott Wolf |
| 89 | David Wright |

**Plaintiffs That Have No JAMs Data after December 1, 2009**

| No. | Full Name |
|---|---|
| 1 | Marwan Ali |
| 2 | Thomas Alsup |
| 3 | Robert Alvarado |
| 4 | Dave Anderson |
| 5 | Hiram Anderson |
| 6 | Robert Anderson |
| 7 | Willie Anderson |
| 8 | Robert Armstrong |
| 9 | Rodney Austin |
| 10 | Peregrino Austria |
| 11 | Kafele Bandele |
| 12 | Cesar Barraza |
| 13 | Peter Beagles |
| 14 | George Bell |
| 15 | Deon Bennett |
| 16 | Robert Berrios |
| 17 | David Bobbett |
| 18 | Isaac Bradford |

| | |
|---|---|
| 19 | Sean Brown |
| 20 | Deontae Bryant |
| 21 | Donald Buchanan |
| 22 | Mark Burnside |
| 23 | Darell Burton |
| 24 | Quinn Butler |
| 25 | Angel Calderon |
| 26 | Anthony Carter |
| 27 | Gerald Casey |
| 28 | Patrick Chambers |
| 29 | Vincent Chan |
| 30 | William Colvin |
| 31 | Marcus Conner |
| 32 | Keith Cooper |
| 33 | Richard Crabtree |
| 34 | Gary Crowder |
| 35 | Carey Darden |
| 36 | Mark Davies |
| 37 | Joseph Davis |
| 38 | Chris Deniston |
| 39 | Eric Dillahunty |
| 40 | Eddie Ell |
| 41 | Rafael Esparza, Jr. |
| 42 | Byron Etapa |
| 43 | Frederick Fath |
| 44 | Bryant Fitzgerald |
| 45 | Dennis Gales |
| 46 | Melvin Gardner |
| 47 | Terrance Gibson |
| 48 | Gary Gietl |
| 49 | Arthur Giffen |
| 50 | David Goree |
| 51 | James Green |
| 52 | Jason Green |
| 53 | Michael Hamby |
| 54 | Daniel Hardy |
| 55 | Dean Harvey |
| 56 | Manuel A. Hernandez Jr. |
| 57 | Winston Hodges |

| | |
|---|---|
| 58 | Darrell Hudson |
| 59 | Charles Hunter |
| 60 | Theodous Hutcherson |
| 61 | Raymond Jackson |
| 62 | Terrye Jackson |
| 63 | Stanley Jeanpierre |
| 64 | Kevin Johnson |
| 65 | Keith Johnson |
| 66 | Parris Jones |
| 67 | Tiffany Jones |
| 68 | Edreick Justice |
| 69 | Michael Kerber |
| 70 | Christopher Kirkland |
| 71 | John Kozar |
| 72 | Todd Lacosse |
| 73 | Mattie Lacy |
| 74 | Michael Lamb |
| 75 | John Lamka |
| 76 | Christian Larkin |
| 77 | Elon Larkin |
| 78 | Tonya Laye |
| 79 | Albert Love |
| 80 | Thomas Luebker |
| 81 | Robert Lundstrom |
| 82 | Phillip Lyons |
| 83 | Christopher Maklary |
| 84 | Lashauwn Marshall |
| 85 | David Masino |
| 86 | Earnest Mayfield |
| 87 | Matthew Mayo |
| 88 | Jeffrey Mayr |
| 89 | Eddie Mccray |
| 90 | Jeremy Mcnabb |
| 91 | Edward Mcnamara |
| 92 | Kim Miller |
| 93 | Raymond Miller |
| 94 | Thomas Miller |
| 95 | John Moersch |
| 96 | Thomas Morton |

| 97 | Joseph Norwood |
|---|---|
| 98 | Gilberto Olivarez |
| 99 | Theodore Oliver |
| 100 | Peter Olujic |
| 101 | Thomas Oneill |
| 102 | Daniel Parisi |
| 103 | Matthew Parthun |
| 104 | Devon Patrick |
| 105 | Michael Perkins |
| 106 | Kardell Perry |
| 107 | Lawrence Perry |
| 108 | John Petitto |
| 109 | Carlton Phillips |
| 110 | Michael Place |
| 111 | Anthony Prowell |
| 112 | Dave Quirke |
| 113 | Bryan Rada |
| 114 | Michael Reczek |
| 115 | Lamario Redmond |
| 116 | Deshone Reed |
| 117 | James Rice |
| 118 | Jim Rice |
| 119 | Jesse Roa |
| 120 | Nico Roberts |
| 121 | Harlan Robinson |
| 122 | David Ruiz |
| 123 | Hector Sanchez |
| 124 | Albert Sanchez Jr. |
| 125 | Mike Schmelter |
| 126 | Christopher Schultz |
| 127 | Eilean Sims |
| 128 | Brian Sitko |
| 129 | Edward Slanina |
| 130 | Harold Slayton |
| 131 | Phillip Smejkal |
| 132 | Brian Smith |
| 133 | Benny Spanks |
| 134 | Jeron Stanton |
| 135 | Theodore Strucinski |

| | |
|---|---|
| 136 | Ronald Strukely |
| 137 | Yovel Sullivan |
| 138 | James Taylor |
| 139 | Willie Taylor |
| 140 | Donald Temple |
| 141 | Nathaniel Thompson |
| 142 | Antonio Tinoco |
| 143 | Bruce Todd |
| 144 | John Travnicek |
| 145 | Jeffrey Vaughn |
| 146 | Nicholas Vulgaris |
| 147 | Steven Wade |
| 148 | Grier Walker |
| 149 | Kenard Walker |
| 150 | Dionette White |
| 151 | James White |
| 152 | Kenneth Wiggins |
| 153 | Lorenzo Wiggins |
| 154 | David Wilkie |
| 155 | Johnathon Williams |
| 156 | Lawrence Williams |
| 157 | Lionell Williams |
| 158 | Luke Williams |
| 159 | Tornell Williams |
| 160 | Dejon Willis |
| 161 | Marie Winchester- Portis |
| 162 | Richard Wood |
| 163 | Michael Woods |
| 164 | Gary Wurglitz |
| 165 | Hakeem Yussuff |

**Complete List of Plaintiffs That Should be Dismissed**

| No | Full Name |
|---|---|
| 1 | Michael Albano |
| 2 | Marwan Ali |
| 3 | Thomas Alsup |
| 4 | Robert Alvarado |
| 5 | Hiram Anderson |

| 6 | Dave Anderson |
|---|---|
| 7 | Robert Anderson |
| 8 | Willie Anderson |
| 9 | Robert Armstrong |
| 10 | Michael Arnold |
| 11 | Rodney Austin |
| 12 | Peregrino Austria |
| 13 | Terry Baab |
| 14 | Christopher Baker |
| 15 | Victor Ballard |
| 16 | Kafele Bandele |
| 17 | Cesar Barraza |
| 18 | Peter Beagles |
| 19 | George Bell |
| 20 | Deon Bennett |
| 21 | Daryn Berndt |
| 22 | Robert Berrios |
| 23 | John Beyer |
| 24 | David Bobbett |
| 25 | Steven Bonfield |
| 26 | Michael Borozan |
| 27 | Isaac Bradford |
| 28 | Ernest Brasse |
| 29 | Sean Brown |
| 30 | Deontae Bryant |
| 31 | Donald Buchanan |
| 32 | Mark Burlison |
| 33 | Mark Burnside |
| 34 | Darell Burton |
| 35 | Quinn Butler |
| 36 | Angel Calderon |
| 37 | Anthony Carter |
| 38 | Gerald Casey |
| 39 | Patrick Chambers |
| 40 | Vincent Chan |
| 41 | Matthew Chapperon |
| 42 | William Colvin |
| 43 | Marcus Conner |
| 44 | Keith Cooper |

| 45 | Richard Crabtree |
|----|------------------|
| 46 | Gary Crowder |
| 47 | Mitchell Dabrowski |
| 48 | Carey Darden |
| 49 | Mark Davies |
| 50 | Charles Davis |
| 51 | Joseph Davis |
| 52 | Chris Deniston |
| 53 | Eric Dillahunty |
| 54 | Maurice Dishmon |
| 55 | Ted Drag |
| 56 | Adam Eakins |
| 57 | Richard Echavarria |
| 58 | Wallace Edwards |
| 59 | Eddie Ell |
| 60 | Rafael Esparza, Jr. |
| 61 | Byron Etapa |
| 62 | Lee Faber |
| 63 | Todd Fanning |
| 64 | Adam Farabee |
| 65 | Frederick Fath |
| 66 | Larry Ferguson |
| 67 | Shannon Fischer |
| 68 | James Fisher |
| 69 | Jermaine Fisher |
| 70 | Bryant Fitzgerald |
| 71 | Jacob Fowler |
| 72 | Dennis Gales |
| 73 | Daniel Gallegos |
| 74 | Ignacio Gallegos |
| 75 | Melvin Gardner |
| 76 | Terrance Gibson |
| 77 | Gary Gietl |
| 78 | Arthur Giffen |
| 79 | Peter Gizowski |
| 80 | David Goree |
| 81 | Jason Graham |
| 82 | Virgil Green |
| 83 | James Green |

| | |
|---|---|
| 84 | Jason Green |
| 85 | Tinicko Griffin |
| 86 | Michael Hamby |
| 87 | Jason Hammer |
| 88 | Daniel Hardy |
| 89 | Dean Harvey |
| 90 | Ramsey Haynes |
| 91 | Michael Healy |
| 92 | John Henzel |
| 93 | Nelson Hernandez |
| 94 | Manuel A. Hernandez Jr. |
| 95 | David Hilliard |
| 96 | Winston Hodges |
| 97 | Russell Hoh |
| 98 | Curtis Hudec |
| 99 | Darrell Hudson |
| 100 | Peter Hughes |
| 101 | Charles Hunter |
| 102 | Theodous Hutcherson |
| 103 | Raymond Jackson |
| 104 | Terrye Jackson |
| 105 | Stanley Jeanpierre |
| 106 | Darrel Johnson |
| 107 | Samuel Johnson |
| 108 | Kevin Johnson |
| 109 | Keith Johnson |
| 110 | Parris Jones |
| 111 | Tiffany Jones |
| 112 | Edreick Justice |
| 113 | Alan Kappel |
| 114 | Michael Keith |
| 115 | Michael Kerber |
| 116 | James King |
| 117 | Christopher Kirkland |
| 118 | John Kozar |
| 119 | Brian Kube |
| 120 | Todd Lacosse |
| 121 | Mattie Lacy |
| 122 | Ronald Lafollett |

| 123 | Donald Lalowski |
|-----|-------------------|
| 124 | Michael Lamb |
| 125 | John Lamka |
| 126 | Christian Larkin |
| 127 | Elon Larkin |
| 128 | Robert Latham |
| 129 | Tonya Laye |
| 130 | Michael Lewis |
| 131 | Harold Lofton |
| 132 | Albert Love |
| 133 | Thomas Luebker |
| 134 | Robert Lundstrom |
| 135 | Phillip Lyons |
| 136 | Christopher Maklary |
| 137 | Lashauwn Marshall |
| 138 | Howard Martin |
| 139 | Juan Martinez |
| 140 | David Masino |
| 141 | Kernell Massey |
| 142 | Earnest Mayfield |
| 143 | Matthew Mayo |
| 144 | Edward Mayr |
| 145 | Jeffrey Mayr |
| 146 | Eddie Mccray |
| 147 | Jeremy Mcnabb |
| 148 | Edward Mcnamara |
| 149 | Kim Miller |
| 150 | Raymond Miller |
| 151 | Thomas Miller |
| 152 | John Moersch |
| 153 | Michael Morsovillo |
| 154 | Thomas Morton |
| 155 | Stephen Mueller |
| 156 | Jeffrey Myers |
| 157 | Timothy Niemiec |
| 158 | Joseph Norwood |
| 159 | Sean O'Brien |
| 160 | Gilberto Olivarez |
| 161 | Theodore Oliver |

| 162 | Jeffery Olmstead |
| 163 | Peter Olujic |
| 164 | Thomas Oneill |
| 165 | Jeffrey Palenske |
| 166 | Daniel Parisi |
| 167 | Matthew Parthun |
| 168 | Devon Patrick |
| 169 | Paul Peppers |
| 170 | Michael Perkins |
| 171 | Kardell Perry |
| 172 | Lawrence Perry |
| 173 | John Petitto |
| 174 | Carlton Phillips |
| 175 | Derek Phipps |
| 176 | Michael Place |
| 177 | Anthony Porto |
| 178 | Daryl Pratt |
| 179 | Anthony Prowell |
| 180 | Dave Quirke |
| 181 | Bryan Rada |
| 182 | Michael Reczek |
| 183 | Lamario Redmond |
| 184 | Keith Reed |
| 185 | Deshone Reed |
| 186 | Mark Rentschler |
| 187 | James Rice |
| 188 | Jim Rice |
| 189 | J'Mal Riley |
| 190 | Sergio Rivera |
| 191 | Jesse Roa |
| 192 | Nico Roberts |
| 193 | Harlan Robinson |
| 194 | Ramon Robles |
| 195 | Edwin Rodriguez |
| 196 | Kenneth Ross |
| 197 | Christopher Roth |
| 198 | Arthur Rucker |
| 199 | David Ruiz |
| 200 | Hector Sanchez |

| 201 | Albert Sanchez Jr. |
|-----|--------------------|
| 202 | Mike Schmelter |
| 203 | Christopher Schultz |
| 204 | Ruben Sepulveda |
| 205 | Donald Sikorski |
| 206 | Robert Simon |
| 207 | Eilean Sims |
| 208 | Brian Sitko |
| 209 | Edward Slanina |
| 210 | Harold Slayton |
| 211 | Phillip Smejkal |
| 212 | Donald Smith |
| 213 | Terrence Smith |
| 214 | Brian Smith |
| 215 | Anton Smits |
| 216 | Benny Spanks |
| 217 | Jeron Stanton |
| 218 | Gregory Stauner |
| 219 | Theodore Strucinski |
| 220 | Ronald Strukely |
| 221 | Yovel Sullivan |
| 222 | Lee Taylor |
| 223 | James Taylor |
| 224 | Willie Taylor |
| 225 | Donald Temple |
| 226 | Dion Thomas |
| 227 | Alvin Thompson |
| 228 | Nathaniel Thompson |
| 229 | Antonio Tinoco |
| 230 | Jeff Titsworth |
| 231 | Bruce Todd |
| 232 | James Tokarski |
| 233 | John Travnicek |
| 234 | Edward Trujillo |
| 235 | Curtis Turner |
| 236 | Frank Vaisvilas |
| 237 | Jeffrey Vaughn |
| 238 | Nicholas Vulgaris |
| 239 | Steven Wade |

| | |
|---|---|
| 240 | Stuart Walker |
| 241 | Grier Walker |
| 242 | Kenard Walker |
| 243 | Dionette White |
| 244 | James White |
| 245 | Kenneth Wiggins |
| 246 | Lorenzo Wiggins |
| 247 | David Wilkie |
| 248 | Ezell Williams |
| 249 | Herbert Williams |
| 250 | Johnathon Williams |
| 251 | Lawrence Williams |
| 252 | Lionell Williams |
| 253 | Luke Williams |
| 254 | Tornell Williams |
| 255 | Dejon Willis |
| 256 | Marie Winchester- Portis |
| 257 | Scott Wolf |
| 258 | Richard Wood |
| 259 | Michael Woods |
| 260 | David Wright |
| 261 | Gary Wurglitz |
| 262 | Hakeem Yussuff |

| /s/ Walker R. Lawrence | /s/ Lindsey M. Hogan |
|---|---|
| Aaron B. Maduff<br>Atty. No. 6226932<br>Walker R. Lawrence<br>Atty. No. 6296405<br>Maduff & Maduff, LLC<br>205 N. Michigan, Ave., Suite 2050<br>Chicago, Illinois 60601<br>312/276-9000 | George A. Stohner<br>Lindsey M. Hogan<br>FAEGRE BAKER DANIELS LLP<br>311 S. Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Tel: 312.356.5118<br>george.stohner@faegrebd.com<br>lindsey.hogan@faegrebd.com<br><br>Ellen E. Boshkoff<br>Faegre Baker Daniels LLP<br>300 N. Meridian St., Ste 2700<br>Indianapolis, IN 46204<br>ellen.boshkoff@faegrebd.com |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify I caused a copy of the foregoing document to be served on all attorneys of record via the Court's CM/ECF System on June 5, 2015.


_/s/ Walker R. Lawrence_
Walker R. Lawrence