IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blakes *et al* <br>         Plaintiffs, <br>    vs. <br> Illinois Bell Telephone Company <br>         Defendant. | CASE NO. 11-cv-336 <br> Judge Kim |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' settlement agreement, Illinois Bell has transferred the required settlement funds to the settlement administrator for distribution to the Collective, Bradley Hunt and Steve Clark. Therefore, as noted in the Parties Joint Motion for Approval of Settlement and Dismissal filed on February 15, 2016, the Parties respectfully request that the Court's February 17, 2016 order of dismissal without prejudice be converted to a dismissal with prejudice.

  WHEREFORE, the Parties respectfully request that the Court dismiss the above-referenced case with prejudice.

Respectfully submitted,

/s/ George A. Stohner

George A. Stohner
Lindsey M. Hogan
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL  60606
Tel: 312.356.5118
george.stohner@faegrebd.com
lindsey.hogan@faegrebd.com

Ellen E. Boshkoff
Faegre Baker Daniels LLP
300 N. Meridian St., Ste 2700

/s/ Walker R. Lawrence

Aaron B. Maduff
Atty. No. 6226932
Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
205 N. Michigan, Ave., Suite 2050
Chicago, Illinois 60601
312/276-9000

1

Indianapolis, IN 46204
ellen.boshkoff@faegrebd.com

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on Wednesday, March 23, 2016, I electronically filed the Joint Stipulation of Dismissal with Prejudice with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

/s/ *Walker R. Lawrence*

Aaron B. Maduff
Atty. No. 6226932
Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
205 N. Michigan, Ave., Suite 2050
Chicago, Illinois 60601
312/276-9000